1  **MICHAEL N. FEUER**, City Attorney - SBN 111529
   **THOMAS H. PETERS,** Chief Assistant City Attorney - SBN 163388
2  **CORY M. BRENTE**, Assistant City Attorney – SBN 115453
   **COLLEEN R. SMITH**, Deputy City Attorney - SBN 209719
3  200 North Main Street, 6th Floor, City Hall East
   Los Angeles, CA  90012
4  Phone No.:  (213) 978-7027
   Fax No.: (213) 978-8785
5  E-mail: colleen.smith@lacity.org

6  *Attorneys for Defendants* **CITY OF LOS ANGELES, VICTOR PARTIDA and**
   **JEREMY PAIZ**
7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10  MARIA HERNANDEZ; A.J., JR., by        CASE NO.: CV16-02689 AB (JEMx)
    and through his guardian *ad litem*    *Hon. Andre Birotte Jr., - 7B, 7th Fl.*
11  Gladys Lario; S.J., by and through her  *Hon. Mag. John E. McDermott - 640 Roybal*
    Guardian *ad litem* Veronica Valle; D.J.,
12  by and through her guardian *ad litem*   **STIPULATION OF DISMISSAL OF**
    Jasmin Santos; D.J., also by and        **ENTIRE ACTION WITH**
13  Through her guardian *ad litem* Jasmin   **PREJUDICE**
    Santos; J.T., by and through his
14  guardian *ad litem* Cindy Torres; and    **[Filed concurrently with [Proposed]**
    A.J., by and through her guardian *ad*   **Order]**
15  *litem* Patricia Morales, in each case
16  individually and as successor in interest
    to Alex Jimenez, deceased,
17

18          Plaintiffs,

19      vs.

20  CITY OF LOS ANGELES; VICTOR
    PARTIDA; JEREMY PAIZ; and DOES
21  3-10, inclusive,

22          Defendants.

23  ─────────────────────────

24  **TO THE ABOVE-ENTITLED COURT:**

25      IT IS HEREBY STIPULATED by and between Plaintiffs **MARIA**

26  **HERNANDEZ**; **A.J., JR.,** by and through his guardian *ad litem* Gladys Lario; **S.J.,**

27  by and through her Guardian *ad litem* Veronica Valle; **D.J.,** by and through her

28  guardian *ad litem* Jasmin Santos; **D.J.,** also by and through her guardian *ad litem*

                                    1

1  Jasmin Santos; **J.T.**, by and through his guardian *ad litem* Cindy Torres; and **A.J.**,

2  by and through her guardian *ad litem* Patricia Morales, on the one hand and

3  Defendants **CITY OF LOS ANGELES, VICTOR PARTIDA** and **JEREMY**

4  **PAIZ** on the other hand, through their attorneys of record, as follows:

5       Plaintiffs **MARIA HERNANDEZ, et al.** and Defendant **CITY OF LOS**

6  **ANGELES** have reached a settlement in the above-entitled matter. **VICTOR**

7  **PARTIDA** and **JEREMY PAIZ** are not parties to the settlement between Plaintiffs

8  and the **CITY OF LOS ANGELES**, but are being dismissed from this matter with

9  prejudice.

10      Thus, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the

11 parties hereby stipulate that the above-entitled action against Defendants **CITY OF**

12 **LOS ANGELES, et al.**, be dismissed, with prejudice. Each party to bear their own

13 costs and fees.  This dismissal does not constitute an adjudication on the merits.

14
15 *IT IS SO STIPULATED.*

16 Dated: November 30, 2018          **LAW OFFICES OF DALE K. GALIPO**

17                          By: _____

18                              **DALE K. GALIPO**, Esq.
                               **RENEE V. MASONGSONG**, Esq.
19                          *Attorney for Plaintiffs*, **MARIA HERNANDEZ, A.J., JR**,
                            by and through his guardian *ad litem* Gladys, **S.J.**, by and
20                          through her guardian *ad litem* Veronica Valle, **D.J.**, by and
                            through her guardian *ad litem* Jasmin Santos, **D.J.**, also by
21                          and through her guardian *ad litem* Jasmin Santos, **J.T.**, by
                            and through his guardian *ad litem* Cindy Torres, and **A.J.**,
22                          by and through her guardian *ad litem* Patricia Morales

23

24 Dated: November 30, 2018          **MICHAEL N. FEUER**, City Attorney
                                   **THOMAS H. PETERS**, Chief Asst' City Attorney
25                                 **CORY M. BRENTE**, Sr. Asst' City Attorney

26                          By: _____/s/ Colleen R. Smith_____

27                              **COLLEEN R. SMITH**, Deputy City Attorney
                            *Attorneys for Defendants*, **CITY OF LOS ANGELES, et al.**
28

                                      2