JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARIA HERNANDEZ; A.J., JR., by and through his guardian *ad litem* Gladys Lario; S.J., by and through her Guardian *ad litem* Veronica Valle; D.J., by and through her guardian *ad litem* Jasmin Santos; D.J., also by and Through her guardian *ad litem* Jasmin Santos; J.T., by and through his guardian *ad litem* Cindy Torres; and A.J., by and through her guardian *ad litem* Patricia Morales, in each case individually and as successor in interest to Alex Jimenez, deceased,

       Plaintiffs,

       vs.

CITY OF LOS ANGELES; VICTOR PARTIDA; JEREMY PAIZ; and DOES 3-10, inclusive,

       Defendants.

CASE NO.: CV16-02689 AB (JEMx)
*Hon. Andre Birotte Jr., - 7B, 7ᵗʰ Fl.*
*Hon. Mag. John E. McDermott - 640 Roybal*

**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

//

//

//

1

1 Based on the stipulation of the parties and GOOD CAUSE appearing therefore, IT
2 IS HEREBY ORDERED that the above-entitled action against Defendants **CITY**
3 **OF LOS ANGELES, VICTOR PARTIDA** and **JEREMY PAIZ** is dismissed,
4 with prejudice. Each party to bear their own costs and fees. This dismissal does not
5 constitute an adjudication on the merits.

6

7 **IT IS SO ORDERED.**

8

9 Dated: December 10, 2018    _____
10    HONORABLE ANDRÉ BIROTTE JR.
    UNITED STATES DISTRICT JUDGE